UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 14-20189-CIV-LENARD/O'SULLIVAN

GETTY IMAGES (US), INC., a New York corporation,

    Plaintiff,

v.

X5 STUDIOS, INC., a Florida corporation,

    Defendant.
_____/

### NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Getty Images (US), Inc. hereby gives notice that the parties have reached a settlement and, in consideration of which, this action can and should be dismissed with prejudice. Each party shall bear its own costs and attorney's fees.

Dated February 28, 2014.

Respectfully submitted,

By   s/ Margaret B. Correoso
    Margaret B. Correoso
    Florida Bar Number 0136174
    **WOODBURY, SANTIAGO & CORREOSO, P.A.**
    9100 S. Dadeland Blvd., Suite 1702
    Miami, Florida 33156
    Telephone: 305.670.9580
    Facsimile: 305.670.2170
    service@woodbury-santiago.com
    margaret.correoso@woodbury-santiago.com

- and -

By: s/ Scott T. Wilsdon
Scott T. Wilsdon, Esq. (*pro hac vice*)
Jeremy E. Roller, Esq. (*pro hac vice*)
**YARMUTH WILSDON PLLC**
818 Stewart Street, Suite 1400
Seattle, Washington 98101
Telephone: 206.516.3800
Facsimile: 206.516.3888
wilsdon@yarmuth.com
jroller@yarmuth.com

*Attorneys for Plaintiff Getty Images (US), Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 29, 2014, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on the pro se party identified below by a manner authorized for parties who are not authorized to receive electronic Notices of Electronic Filing.

_Margaret Corneoso_

By First Class Mail:

**X5 Studios, Inc.**
Attn: Juan Pablo Fassari
400 Kings Point Drive, #519
Sunny Isles Beach, Florida 33160
786-326-8921
pablo@x5studios.com

*Pro Se Defendant X5 Studios, Inc.*