# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Case No. 1:14cv20189

GETTY IMAGES (US), INC., a New York corporation,

    Plaintiff,

v.

X5 STUDIOS, INC., a Florida corporation,

    Defendant.
_____/

## NOTICE OF REMOVAL OF COUNSEL

PLEASE TAKE NOTICE that Plaintiff, GETTY IMAGES (US), INC. ("Plaintiff") respectfully requests that the Court enter an order removing Michelle Diaz Cofiño, Esq., formerly with Woodbury, Santiago, & Correoso, P.A. from its list of counsel representing Plaintiff in this matter. All other counsel of record at Woodbury, Santiago & Correoso, P.A. and Yarmuth Wilsdon PLLC remain the same.

### Certificate of Service

WE HEREBY CERTIFY that the foregoing has been served conventionally on Defendant, X5 STUDIOS, INC., by serving its Registered Agent, Juan P. Fassari, 400 Kings Point Drive #519, Sunny Isles Beach, Florida 33160, on this 28th day of February, 2014.

Getty Images (US), Inc. v. X5 Studios, Inc.
Case No.: 1:14cv20189

                By: s/Margaret Brenan Correoso
                    Michael P. Woodbury, Esq.
                    Florida Bar Number 983690
                    Margaret Correoso, Esq.
                    Florida Bar Number 0136174
                    **WOODBURY, SANTIAGO & CORREOSO, P.A.**
                    9100 S. Dadeland Blvd., Suite 1702
                    Miami, Florida 33156
                    Telephone: 305.670.9580
                    Facsimile:  305.670.2170
                    Michael.Woodbury@woodbury-santiago.com
                    Robert.Santiago@woodbury-santiago.com
                    Service@woodbury-santiago.com

                        -   and   -

                By: s/ Scott T. Wilsdon
                    Scott T. Wilsdon, Esq. (*pro hac vice*)
                    Jeremy E. Roller, Esq. (*pro hac vice*)
                    **YARMUTH WILSDON PLLC**
                    818 Stewart Street, Suite 1400
                    Seattle, Washington 98101
                    Telephone: 206.516.3800
                    Facsimile:  206.516.3888
                    wilsdon@yarmuth.com
                    jroller@yarmuth.com

                    *Attorneys for Plaintiff Getty Images (US), Inc.*

750.07 nk263003